UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMOND SCRUGGS,<br><br>   Plaintiff,<br><br>  v.<br><br>MIKE SAUCE, *et al*.,<br><br>   Defendants. | Case No. 17-cv-06735-SI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. Nos. 1, 2 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Chief Judge Hamilton for consideration of whether the case is related to *Scruggs v. T.N.D.C. Housing*, No. 16-cv-6470-PJH and *Scruggs v. T.N.D.C. Housing*, No. 17-cv-2923-PJH.

**IT IS SO ORDERED**.

Dated: January 4, 2018

                _____
                SUSAN ILLSTON
                United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMOND SCRUGGS,<br><br>  Plaintiff,<br><br>  v.<br><br>MIKE SAUCE, et al.,<br><br>  Defendants. | Case No. 17-cv-06735-SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/4/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lemond Scruggs
412 F Street
Fresno, CA 97301

Dated: 1/4/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Tracy Kasamoto, Deputy Clerk to the
Honorable SUSAN ILLSTON